Eastern District of Kentucky
F I L E D
OCT 17 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. 5:19CR-178-DCR

WILLIAM MICHAEL FIELDS, JR.

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 2251(a)

On or about March 17, 2019, in Bourbon County, in the Eastern District of Kentucky,

**WILLIAM MICHAEL FIELDS, JR.**

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. §2251(a).

## COUNT 2
### 18 U.S.C. § 2251(a)

On or about March 23, 2019, in Bourbon County, in the Eastern District of

Kentucky,

## WILLIAM MICHAEL FIELDS, JR.

employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, knowing and having reason to know that such visual depictions would be produced or transmitted using materials that had been mailed, shipped, or transmitted in or affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. §2251(a).

A TRUE BILL

_____
FOREPERSON

*[signature]*

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## **PENALTIES**

**COUNTS 1-2:** Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**PLUS:** Mandatory special assessment of $100 per count. Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110, committed after May 29, 2015, through September 30, 2021.

**PLUS:** Restitution, if applicable.