UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D
OCT 17 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:19CR-178-DCR

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.           **MOTION OF UNITED STATES
             FOR ISSUANCE OF ARREST WARRANT**

**WILLIAM MICHAEL FIELDS, JR.**                                                 **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, WILLLIAM MICHAEL FIELDS, JR., returnable forthwith.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ Erin Roth
Erin Roth
Mary Lauren Melton
Assistant United States Attorneys
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4872
FAX (859) 233-2747
Erin.Roth@usdoj.gov
Mary.Melton@usdoj.gov