UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| In Re: Criminal Actions | ) General Order 12-11 )  )  )  ) **STANDING REFERRAL ORDER** )  )  )  ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59, the Court designates the United States Magistrate Judge for this Division and docket to perform the following duties in this case, unless altered by subsequent order:

1. In accordance with the standards and procedures established by Rule 59(a), the Magistrate Judge shall determine any pre-trial matter that does not dispose of a charge or defense; and

2. In accordance with the standards and procedures established by Rule 59(b), the Magistrate Judge shall make a recommended disposition concerning any pre-trial matter that disposes of a charge or defense, including but not limited to any motion specifically listed in Rule 59(b).

The Court excepts from this referral, and retains for initial decision, any motions to alter the trial date and any motions *in limine*.

This 2nd day of October, 2012.



Signed By:
*Danny C. Reeves* DCR
United States District Judge