UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:19-178-S-DCR

UNITED STATES OF AMERICA                                            PLAINTIFF

V.        **UNITED STATES' MOTION *IN LIMINE* TO PRECLUDE
          MISTAKE-OF-AGE AND CONSENT DEFENSES AT TRIAL**

WILLIAM MICHAEL FIELDS, JR.                                         DEFENDANT

\* \* \* \* \*

The United States moves *in limine* to preclude Defendant from presenting evidence, asking questions, or making arguments at trial relating to the defenses of mistake-of-age or consent. As discussed in the attached memorandum of law, neither mistake-of-age nor consent is a defense to production of child pornography under 18 U.S.C. § 2251(a). Accordingly, evidence relating to these defenses is not relevant pursuant to Fed. R. Evid. 402 and is also more prejudicial than probative pursuant to Fed. R. Evid. 403. The introduction of such evidence would simply invite jury nullification and should be prohibited.

                                        Respectfully submitted,

                                        ROBERT M. DUNCAN, JR.
                                        UNITED STATES ATTORNEY

                              By:       /s/ Mary Lauren Melton
                                        Erin M. Roth
                                        Mary Lauren Melton
                                        Assistant United States Attorneys
                                        260 W. Vine Street, Suite 300
                                        Lexington, Kentucky 40507-1612
                                        (859) 685-4872
                                        Erin.Roth@usdoj.gov
                                        Mary.Melton@usdoj.gov

## CERTIFICATE OF SERVICE

On April 13, 2020, I filed the foregoing via the ECF system, which will cause the pleading to be served by e-mail on all attorneys of record.

By: /s/ Mary Lauren Melton
Erin M. Roth
Mary Lauren Melton
Assistant United States Attorneys