### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

**CRIMINAL ACTION NO. 5:19-178-S-DCR**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**          **[PROPOSED] ORDER GRANTING UNITED STATES' MOTION**
**_IN LIMINE_ TO PRECLUDE MISTAKE-OF-AGE AND**
**CONSENT DEFENSES AT TRIAL**

**WILLIAM MICHAEL FIELDS, JR.**                                          **DEFENDANT**

\* \* \* \* \*

In consideration of the United States' Motion _in Limine_ to Preclude Mistake-of-Age and

Consent Defenses at Trial, and being otherwise sufficiently advised, it is hereby **ORDERED** that

the United States' Motion is **GRANTED**.