All the guys involved

- Mike Fields

So w/ ____, I've met up w/ him like 4 or 5 times, most the time just to talk because he was a go to person to talk to when I was depressed or in a bad mood because he understood what I was going through. The 1st time we talked, ___ sent the 1st text saying "why you sally?" and I replied idk, I eventually asked for his snap because I'm one of those people who likes to have a high snap score, but I ended up messaging him on there and somehow we got on subject of ____, I don't remember exactly what was said but we ended up swapping ____. He had asked me to ____ (jokingly) and I would be like haha yea sure, I'm here (I never really met up w/ him for that (those texts were a joke). Other than that I've not had contact since.

Mike - I met him at the fire station (county), Jacob and Tyler had introduced me to him. He wasn't very talkative @ 1st but neither was I, so we (as in all of us) had helped Mike decal a vehicle for his customers. After we finished the vehicle, Mike had asked me to drive his black dodge truck and

EXHIBIT A

USA-00000060