UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CASE NUMBER: 5:19-CR-178-DCR          *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                              PLAINTIFF

VS.

WILLIAM MICHAEL FIELDS                                DEFENDANT

**ORDER**

Motion having been made and the Court being otherwise sufficiently advised;

IT IS FURTHER ORDERED that this matter is set down for a hearing on the ____ day of May, 2020 at the hour of _____ a.m./p.m.

_____
CHIEF JUDGE DANNY C. REEVES
UNITED STATES DISTRICT COURT

PREPARED BY:

_____
Christopher A. Spedding
Attorney at Law, P.S.C.
271 W. Short Street, Ste. 402
Lexington, Kentucky 40507
(859) 255-0050
chris@speddinglawoffice.com