UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CASE NUMBER:  5:19-CR-178-DCR                    *ELECTRONICALLY  FILED*

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

WILLIAM MICHAEL FIELDS                                                DEFENDANT

## WITNESS LIST

Comes the Defendant, **WILLIAM MICHAEL FIELDS**, by counsel, in anticipation of trial in this matter, and provides his Witness List as follows:

1.    **Defendant** - Defendant may testify at trial on his own behalf.  A summary of the expected testimony will be that the Defendant will deny any and all involvement or knowledge of the charged offense of the indictment.  The estimated time required for direct and cross examination of Defendant should not exceed three hours of trial time.

Respectfully submitted,

 /s/ Christopher A. Spedding
CHRISTOPHER A. SPEDDING
271 W. Short Street, Ste. 402
Lexington, KY  40507
859-255-0050
859-554-2528-Facsimile
chris@speddinglawoffice.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 21st day of May, 2020, I electronically filed the above herein with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to all counsel of record.

/s/ Christopher A. Spedding
Christopher A. Spedding