UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 5:19-178-S-DCR**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**V.**             **UNITED STATES' AMENDED EXHIBIT LIST**

**WILLIAM MICHAEL FIELDS, JR.**                                 **DEFENDANT**

\* \* \* \* \* \*

Comes the United States of America, by counsel, to submit the following proposed Exhibit List in the above-referenced action. This Amended Exhibit List is substantially the same as the Exhibit List filed on May 22, 2020 [R. 53.]. Here, the United States has simply corrected some designations that were incorrectly sequenced in the original exhibit list.

| Pre-Designation | Description |
|---|---|
| GX 1 | CD prepared as Trial Exhibit from the visual depictions produced on March 17, 2019 and discovered on the victim's phone. *Contains Contraband.* |
| GX 1a. | Visual Depiction taken on March 17, 2019. |
| GX 2 | CD prepared as Trial Exhibit from the visual depictions produced on March 23, 2019 and discovered on the victim's phone. *Contains Contraband.* |
| GX 2a. | Video, "IMG_4004.MOV." |
| GX 2b. | Video, "IMG_4005.MOV." |
| GX 2c. | Video, "IMG_4006.MOV." |
| GX 2d. | Video, "IMG_4010.MOV." |
| GX 2e. | Video, "IMG_4011.MOV." |

| | |
|---|---|
| GX 2f. | Photo, "IMG_4007.JPG." |
| GX 2g. | Photo, "IMG_4008.JPG." |
| GX 3 | CD prepared as Trial Exhibit from the visual depictions produced on March 17, 2019 and discovered on Defendant's phone. *Contains Contraband.* |
| GX 3a. | Photo of penis with condom in vagina, created 03/17/2019, 04:40:03 AM. |
| GX 4 | CD prepared as Trial Exhibit from the visual depictions produced on March 23, 2019 and discovered on Defendant's phone. *Contains Contraband.* |
| GX 4a. | Photo of vagina and finger in anus, created 03/24/2019, 8:01:28 AM. |
| GX 4b. | Photo of vagina and finger in anus, created 03/24/2019, 8:01:30 AM. |
| GX 4c. | Photo of finger in anus or vagina, created 03/24/2019, 8:01:30 AM. |
| GX 4d. | Photo of penis with condom in vagina, created 03/24/2019, 8:01:30 AM. |
| GX 4e. | Photo of finger in vagina, 03/24/2019, 09:36 AM. |
| GX 5 | Photos of EY's Phone |
| GX 5a. | Photo of iPhone XS Max- IMEI 357268090586977 (front). |
| GX 5b. | Photo of iPhone XS Max- IMEI 357268090586977 (back). |
| GX 6 | Photo of victim's iPhone Box. |
| GX 7 | Photos of Defendant's Phone |
| GX 7a. | Photo of Samsung Note 8- SM-n950U, IMEI: 358502085737768 (front). |
| GX 7b. | Photo of Samsung Note 8 (back). |
| GX 7c. | Photo of Samsung Note 8 (close-up of back). |
| GX 8 | Images of EMT Training Facility. |
| GX 8a. | Photo of large classroom at EMT Training Facility. |

| GX 8b. | Photo of kitchen area at EMT Training Facility. |
| GX 8c. | Photo of desk in EMT Training Facility. |
| GX 8d. | Photo of entire desk at EMT Training Facility. |
| GX 9 | Images of Storage Building |
| GX 9a. | Photo of Exterior of Storage Building |
| GX 9b. | Photo of Interior of Storage Building |
| GX 10 | Trial Exhibit from metadata from "IMG_4007.JPG" and "IMG_4008.JPG." |
| GX 11 | Map and Google Street View of GPS coordinates contained within the metadata from GX 10. |
| GX 12 | Photo of victim and Defendant from Snapchat, "memories~~2019-04-01-21-12-40UTC~vw_man72~~~36401cd9-7bbc-96c1-7a25-0364a2ae6bf4~v4.jpg" |
| GX 13 | Photo of victim and Defendant from Snapchat, "memories~~2019-04-02-01-16-01UTC~vw_man72~~~1f2663e6-eb55-809a-5680-f0b73cc444ba~v4.jpg." |

In addition to the above exhibits, the United States also intends to use a demonstrative during the testimony of Dr. Michael Littrell and during closing argument. Moreover, the United States respectfully reserves the right to supplement this list.

3

        Respectfully submitted,

        ROBERT M. DUNCAN
        UNITED STATES ATTORNEY

By:    /s/ Mary Lauren Melton
        Erin M. Roth and Mary Lauren Melton
        Assistant United States Attorneys
        260 W. Vine Street, Suite 300
        Lexington, Kentucky 40507-1612
        (859) 685-4872
        FAX (859) 233-2747
        Erin.Roth@usdoj.gov
        Mary.Melton@usdoj.gov
        *Counsel for the United States*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF filing system, which will send an electronic notice to counsel of record

        /s/ Mary Lauren Melton
        Mary Lauren Melton
        Assistant United States Attorney