EDKy-232
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-TRIAL – DAY 1

<u>LEXINGTON</u>   Case No. <u>19-CR-178-DCR-1</u>   At: <u>LEXINGTON</u>   Date: <u>06/01/20</u>

DOCKET ENTRY: A Pretrial Conference held prior to the commencement of trial. The Court again outlined jury selection and trial procedures. The defendant's counsel renewed his objection by advising the Court he was not ready to proceed to trial at this time based on arguments previously made. In addressing the defendant's objection, the Court noted that the matter has been continued on several occasions to allow the parties adequate time for preparation for trial and there is no just cause for any additional delay. Jury trial commenced. The following jurors were qualified by the Court: Juror Nos. 263, 264, 275, 277, 284, 290, 292, 295, 296, 298, 309, 326, 340, 350, 359, 367, 368, 381, 383, 390, 393, 394 and 397. Voir Dire begun and concluded.

PRESENT: <u>HON. DANNY C. REEVES, CHIEF U.S. DISTRICT JUDGE</u>

<u>Lisa Moore</u>        <u>Linda Mullen</u>         <u>Mary Melton/Erin Roth</u>
Deputy Clerk        Court Reporter         Assistant U. S. Attorney

DEFENDANT:                              ATTORNEY FOR DEFENDANT:

<u>William Michael Fields, Jr.</u>           <u>Christopher Spedding</u>
(custody)                                  (retained)

<u>X</u> JURY TRIAL. The Jury impaneled and sworn as follows:  ___COURT TRIAL

(1) #340              (5) #397              (9)  #237
(2) #388              (6) #306              (10) #350
(3) #380              (7) #368              (11) #284
(4) #338              (8) #389              (12) #324

(1st alt) #348                   (2nd alt) _____

<u>X</u> Opening Statement for United States and defendant.

<u>X</u> Introduction of Evidence for plff  <u>X</u> begun   ___resumed   <u>X</u> not concluded.

___Introduction of Evidence for deft  ___begun   ___resumed   ___concluded.

___Rebuttal evidence;  ___Surrebuttal evidence.

___Closing arguments for United States and Defendant.

<u>X</u> Continued to **Tuesday, June 2, 2020** at **9:00 a.m.** for further trial.

___Motion for judgment of acquittal  ___granted  ___OVERRULED.

___Renewed motion for judgment of acquittal  ___granted  ___OVERRULED.

<u>X</u> Defendant remanded to custody.

Copies: COR, USP, USM, D, JC

TIC:
PTC: /20
JT: 6/0                                                    Deputy Clerk: <u>lkm</u>

1