# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

Central Division (at Lexington)

UNITED STATES OF AMERICA

**WITNESS AND EXHIBIT LIST**

V.

WILLIAM MICHAEL FIELDS, JR.

Case Number: 5: 19-178-DCR-1

| PRESIDING JUDGE Danny C. Reeves | | | PLAINTIFF'S ATTORNEY Mary Melton/Erin Roth | | DEFENDANT'S ATTORNEY Christopher Spedding | |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) June 1-3, 2020 | | | COURT REPORTER Linda Mullen | | COURTROOM DEPUTY Lisa Moore | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJ. |
| **W1** | | **06/01/20** | | | **E.Y., the minor victim** | |
| 5a | | 06/01/20 | X | X | Photo of iPhone SX Max - IMEI 357268090586977 (FRONT) | |
| 5b | | 06/01/20 | X | X | Photo of iPhone SX Max - IMEI 357268090586977 (BACK) | |
| 6 | | 06/01/20 | X | X | Photo of victim's SX Max iPhone box | |
| 12 | | 06/01/20 | X | X | Photo of victim and Defendant from Snapchat, "2019-04-01-21-12-40UTC | |
| 13 | | 06/01/20 | X | X | Photo of victim and Defendant from Snapchat '2019-04-02-01-16-01UTC | |
| 1 | | 06/01/20 | X | X | CD of visual depictions produced on 03/17/20 found on the victim's phone | |
| 2 | | 06/01/20 | X | X | CD of visual depictions produced on 03/23/20 found on the victim's phone | |
| **W2** | | **06/01/20** | | | **Sergeant Nathan Linville – Cynthiana Police Department** | |
| **W3** | | **06/01/20** | | | **Ronald Judy – Certified in data extraction - Cynthiana Police Department** | |
| **W4** | | **06/01/20** | | | **Dr. Michael Littrell, Cyber Crimes Branch of the KY OAG** | |
| 5a | | 06/01/20 | X | X | Photo of iPhone SX Max - IMEI 357268090586977 (FRONT) | |
| 5b | | 06/01/20 | X | X | Photo of iPhone SX Max - IMEI 357268090586977 (BACK) | |
| 6 | | 06/01/20 | X | X | Photo of victim's SX Max iPhone box | |
| 7a | | 06/01/20 | X | X | Photo of Samsung Note 8- SM-n950U, IMEI: 358502085737768 (front) | |
| 7b | | 06/01/20 | X | X | Photo of Samsung Note 8 (back). | |
| 7c | | 06/01/20 | X | X | Photo of Samsung Note 8 (close-up of back). | |
| 2 | | 06/01/20 | X | X | CD of visual depictions produced on 03/23/20 found on the victim's phone | |
| 10 | | 06/01/20 | X | X | Trial Exhibit from metadata from "IMG_4007.JPG" and "IMG_4008.JPG." | |
| 3 | | 06/01/20 | X | X | CD of visual depictions produced on 03/17/19 found on Defendant's phone. | |
| 4 | | 06/01/20 | X | X | CD of visual depictions produced on 03/24/19 found on Defendant's phone | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)                      **EXHIBIT AND WITNESS LIST – CONTINUATION**

|  UNITED STATES  vs.  WILLIAM MICHAEL FIELDS, JR. | | | | | | CASE NO. 5: 19-CR-178-DCR-1 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | Court Rulings: |
| W5 | | 06/02/20 | | | **Officer Justin Jett – Cynthiana Police Department Detective** | |
| 1 | | 06/02/20 | X | X | CD of visual depictions produced on 03/17/20 found on the victim's phone | |
| 9a | | 06/02/20 | X | X | Photo of exterior of storage building | |
| 9b | | 06/02/20 | X | X | Photo of interior of storage building | |
| 10 | | 06/02/20 | X | X | Trial Exhibit from metadata from "IMG_4007.JPG" and "IMG_4008.JPG." | |
| 11 | | 06/02/20 | X | X | Map and Google Street View of GPS coordinates contained in metadata from GX 10. | |
| 8a | | 06/02/20 | X | X | Photo of large classroom at EMT Training Facility | |
| 8b | | 06/02/20 | X | X | Photo of kitchen area at EMT Training Facility. | |
| 8c | | 06/02/20 | X | X | Photo of desk in EMT Training Facility | |
| 8d | | 06/02/20 | X | X | Photo of entire desk at EMT Training Facility | |