Eastern District of Kentucky
**F I L E D**

JUN 0 2 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

We have
reached

a verdict.

350

6/2/20