Eastern District of Kentucky
**F I L E D**

JUN 0 2 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )      Criminal Action No. 5: 19-178-DCR
                               )
V.                             )
                               )
WILLIAM MICHAEL FIELDS, JR.,   )      **VERDICT FORM**
                               )
        Defendant.             )

\*\*\*      \*\*\*      \*\*\*      \*\*\*

We, the Jury, unanimously find as follows:

With respect to Count 1 charging Defendant William Michael Fields, Jr., with using a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct on or about March 17, 2019, we the Jury, find the defendant:

**GUILTY** ___X___              **NOT GUILTY** _____

With respect to Count 2 charging Defendant William Michael Fields, Jr., with using a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct on or about March 23, 2019,  we the Jury, find the defendant:

___ **GUILTY** ___X___ ___              **NOT GUILTY** _____

June 2, 2020
DATE

34