Emilie Phillips
551 Pinkston Ct.
Harrodsburg Ky 40330

December 27, 2019

I am writing on behalf of Mike Fields. I have been Mike's aunt for 26 years. I have always found him to be an honest man, dedicated to his family. The allegations brought against Mike were quite a shock to me. This is a difficult time in his life. He is trying to navigate his way through these charges with honesty and integrity.

This is an overwhelming situation that he is prepared to face head-on. I have no doubt that he will move forward

with his life, and this experience will make him a better, and stronger individual.

He has hope for the future, for himself and his children. And it is my hope that this letter will make a positive contribution for the courts to consider

Sincerely
Emilie Phillips
Emilie Phillips

Eddie Curtis Wagers
395 Oak Grove School Rd
Corbin, Ky 40701

December 28th, 2019

RE: Mr. William Michael Fields (suicidal)

To: Attorney Mr. Chris spedding

I am writing on behalf of William Michael Fields. Mr. Fields and myself have been friends for over 20 years. Upon moving schools starting my Eigth grade year, he was one of my first new Friends. Over the years We Joined the fire Service together serving our Community. We were around one another constantly seemed, where one was there was the other. Life happend Mr. Fields met Michelle, got Married and Moved to lexington area, he lived in lexington, Cynthiana area up untill currently when this case started. we have kept in touch over the years, I've visited him in lexington and cynthiana on several occasions and he visited home here in Corbin very often. When he came in to town we would usually try to meet up and visit but not every visit could we meet. I've been around Mr. Fields and his family for a long time, his family feels like my family.

When I was asked to write this letter as to why I think Mr. Fields is not suicidal I thought about how much he loved and cared for his children and how close he was to his family here in Corbin. I am a Christian and I know the consequences of suicide is spending eternity in hell. I know that Mr. Fields was attending church in Cynthiana at one time as I'm sure that he knows those consequences as well, eternity in hell and never seeing his children or family in heaven. I heard that Mr. fields had mentioned (ending it all) in a letter he had written on social media. We all at one time or another reach an all time low in our lives and think or say things we do not mean and will never act on, myself included. No one is perfect but one, and that is our Lord and saviour Jesus Christ.

So although he may have said something about "ending it all," it is my ~~beliff~~ belief that Mr. Fields would never act on any suicidal thought because of his love for his children and family and the fact of spending eternity in hell away from them forever. We have both seen the aftermath of what suicide does to the family in the Fire/EMS fields as well.

It is My hope that this letter regarding william michael Fields about his statement of "ending it all" or Commiting suicide will act as a positive statement and contributing factor when the court considers this matter.

Sincerely

Eddie Curtis Wagers

Eddie Curtis Wagers

Cam & Kimberly Cornett
80 Grimes Road
London KY 40741

December 29th, 2019

To Whom it May Concern,

My name is Kimberly Cornett. I have known Michael Fields since he was born. I understand he is going through a difficult time in his life right now. I am writing this letter for the purpose of a character witness for him. Since a very young age he has always been a very loving and caring person to not only family and friends, but even stranger as well. He would always go out of his way to help people. He has always been a hard worker and dedicated family oriented person. I do not think he would cause any harm to himself or anyone else. I am requesting that you give these things a serious consideration in your decisions.

Sincerely,

Kimberly S. Cornett

Kimberly S. Cornett

January 2, 2020

RE: William Michael Fields Jr

To whom it may concern:

I have known my nephew Mike his entire life. He has always been a courteous, respectful young man. When he married approximately 12-13 years ago, he moved with his wife to the Paris/Cynthiana area. He worked much of this time as a firefighter to support his family. My wife and I continued to see him when he visited family in this area. I have always known Mike to be an honest man, and he has never been in trouble to my knowledge prior to the charges he is now fighting.

Mike has three young children, ages 10, 8 and 6. He has been very involved in parenting and loves them very much. I do not feel that he would be a flight risk because this would jeopardize his relationship with his children. Since Mike moved back to this area after his divorce, he has had steady employment and provided a home for his children when they were living with him. He very much desires to be an active part of their life.

In addition, I believe Mike would not be a flight risk because he would not have family or financial support. If released I believe Mike would concentrate on working to support his children and being an honorable example as their parent. He has family support to help him succeed.

I am now retired. I was employed by American Greeting Card Corporation for over 25 years until the plant closed. I then worked as a self -employed construction worker for 13 years until my retirement. My wife retired from the US Postal Service after 37 years. She served as Postmaster at Gray KY for 22 years.

Having known Mike for over 35 years, I have observed him as he grew into adulthood. He has never been in any trouble with law enforcement to my knowledge. He was a volunteer for an area fire department for several years as a young man and was always willing to help the community in any way that he could. I believe he will continue to be the same type of individual as he continues his life.

Sincerely,

Joe Fields

Joe Fields
204 Tuit Acres Rd
Corbin, KY 40701
Phone: 606-521-1545
Email: fieldsjoe@twc.com

August 4, 2020

US District Court
101 Barr St.
Lexington, KY 40507


Michelle Renee Fields
69 Indian Woods Ct.
Cynthiana, KY 41031


Dear Chief Judge Reeves,

I am writing this letter concerning defendant William "Mike" Fields, my ex-husband, and on behalf of my children.

Mike and I met in 1998, when he was 15 and I was 13, while on family vacation. We lived about two hours apart, and became penpals, regularly sharing our lives through letters. In November 2004, six years after meeting, we decided to meet again. As we were riding around talking, Mike noticed that another driver was stranded on the side of the road, and he stopped to ask if they needed help. He ended up changing a flat tire on the dark interstate. I didn't realize it at the time, but that simple act, which many would consider just a good deed, was indicative of Mike's character.

To Mike, changing a tire isn't just a good deed, it's the way he lives. He's happiest when he's helping and serving other people. He joined a volunteer fire department as a junior firefighter as soon as he was able, at 16 years old, because he was passionate about helping others, and he continued as a volunteer firefighter, and later as a paid firefighter, because that passion didn't go away. I learned that when the fire tones dropped, it didn't matter what was going on, Mike was going to go help. Even on his days off, if he was needed, he was there. He ran into burning buildings, he held dying children in his arms, and he comforted those who were having the worst day of their life. If he wasn't immediately needed on a scene, he would stick around to deliver water or give breaks to his brothers and sisters in the service.

Outside of his professional career, Mike was always willing to help anyone in need. I can't count how many times he stopped to help another motorist or offered to help a friend move. He would literally give the shirt off his back if someone asked, and was passionate about defending and standing up for those who can't. In fact, in the last letter he wrote to our children, he told a story of how he stood up for another inmate who was being made fun of and who couldn't understand what was being said due to a language barrier. I wasn't at all surprised that he would do that, even when it might not have been in his best interest depending on the climate in his jail unit.

Mike and I were divorced in October 2019, but I hold no anger or bitterness towards him, in large part because we have three beautiful children together, and regardless of my relationship with him, he is their father and they deserve to have as much of a relationship as possible with him. Levi is 10 years old, Lyla is 9 years old, and by the time you see this letter, Lindyn will have celebrated her 7th birthday. Mike is able to communicate with them through letters and phone calls, but obviously that's not a good substitute for him having a physical presence in their lives. From the beginning of "this," anytime I've been asked about what was going on with Mike's legal process, one statement that I've said over and over is, "I don't know what the outcome will be, but I pray for the best possible outcome for Mike, because it means a better outcome for these kids." I wholeheartedly believe that. I'm sure that you are aware of the statistics of and long-term effects of growing up in single-parent households, and of growing up without the active, physical presence of a father. I do worry about how this affects our children in the now, and how it will affect them as they grow.

When asked about Mike by friends and family, the other thing that I have repeatedly said is that I don't believe that Mike is a bad person, and I don't believe that he is a predator. He got caught up in a situation and made some very poor choices. This is another statement that I wholeheartedly believe. I don't condone his choices and I do believe that our actions do and should have consequences. I also believe that, based on my conversations and correspondence with him, Mike is remorseful and takes responsibility for his actions. He has lost his career, his marriage, his reputation, many relationships with friends and family members, and his freedom. Regardless of when his sentence is over, his life will look completely different. He realizes this and I can imagine that it's difficult to live with the knowledge that some really bad decisions led to the complete destruction of his life and have caused struggle for many others. I truly believe that these choices are out of character for Mike and that they represent an aberration that Mike will never repeat.

Thank you, Chief Judge Reeves, for reading this letter and taking my thoughts into consideration as you deliberate on an appropriate sentence for Mike.


Respectfully,



Michelle Fields

August 7, 2020

RE: William Michael Fields Jr

Judge Danny Reeves, Chief Judge
United States District Court

Dear Judge Reeves:

We are writing to request leniency at sentencing for our nephew, William Michael Fields Jr. My name is Joe Fields. I am now retired. I was employed by American Greeting Card Corporation for over 25 years until the plant closed. I then worked as a self -employed construction worker for 13 years until my retirement. My wife, Karen retired from the US Postal Service after 37 years. She served as Postmaster at Gray KY for 22 years.

We have known our nephew Mike his entire life. He has always been a courteous, respectful young man. When he married approximately 12-13 years ago, he moved with his wife to the Paris/Cynthiana area. He worked much of this time as a firefighter to support his family. As a young man, he was a volunteer for an area volunteer fire department for several years. One year, a tornado touched down in our community. Mike worked with the fire department to cover roofs with a tarp to protect the homes from leaking. We have always known Mike to be an honest man, and active with his family and the community.

Mike has three young children. He has been very involved in parenting and loves them very much. A long sentence would jeopardize his relationship with his children. We know he has been very concerned about the effect of his absence on his children. When Mike moved back to this area after his divorce, he had steady employment and provided a home for his children when they were living with him. He very much desires to be an active part of their life. A long sentence would be detrimental to both Mike and his children, who would grow up without their father in their life.

Mike's father (my brother) died from cancer in 2014. Mike's presence is needed to assist his mother with household needs and also his elderly grandmother who lives nearby. When released we believe Mike would concentrate on working to support his children and being an honorable example as their parent. He has family support to help him succeed.

Having known Mike for over 35 years, we have observed him as he grew into adulthood. He has not been in any prior trouble with law enforcement to our knowledge. We believe he will continue to be the same type of individual as he continues his life.

Sincerely,

Joe Fields Karen Fields

Joe and Karen Fields
204 Tuit Acres Rd
Corbin, KY 40701
Phone: 606-521-1545
Email: fieldsjoe@twc.com